action, in violation of Section 571.015.[1] The trial court found Movant was a prior and persistent offender and sentenced her to a total term of 25 years. Movant thereafter filed her motion, pursuant to Rule 24.035, alleging ineffective assistance of her plea counsel. The motion court issued findings of fact and conclusions of law denying the motion.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k). An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Kareitha A. Osborne, Assistant Attorney General, St. Louis, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Robert Allen appeals the final award of the Labor and Industrial Relations Commission denying his worker's compensation claim. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

■

Robert ALLEN, Appellant/Employee,

v.

TREASURER OF the STATE of Missouri, CUSTODIAN OF The SECOND INJURY FUND, Respondent/Additional Party.

No. ED 90250.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 18, 2008.

James M. Hoffmann, St. Louis, MO, for Appellant.

■

APPLIANCE SOLUTIONS,
Employer/Appellant,

v.

Rose CRAWFORD,
Claimant/Respondent,

and

Division of Employment Security,
Respondent.

No. ED 90389.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 18, 2008.

1. All statutory references are to RSMo 2000, unless otherwise indicated.